IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS NATIONAL HEALTH FUND, | ) ) ) | |
| *Plaintiff,* | ) ) | Case No. 3:11-cv-00296<br>Judge Nixon<br>Magistrate Judge Knowles |
| v. | ) ) | |
| ANDERSON TECHNICAL SYSTEMS, INC., | ) ) | |
| *Defendant.* | ) | |

## ORDER

The Court has been advised that Defendant Anderson Technical Systems, Inc., has filed a Petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Florida and an Order for Relief has been entered. (Doc. No. 5.) As a result, the Court hereby **DIRECTS** the Clerk of the Court to administratively close this case pending the resolution of the bankruptcy proceeding.

It is so ORDERED.

Entered this 13th day of April, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT